# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

WILMINGTON SAVINGS FUND : No. 669 MAL 2014
SOCIETY FSB AND GARY WARD, :
                 :
           Respondents : Petition for Allowance of Appeal from the
                 : Order of the Superior Court
                 :
           v. :
                 :
                 :
JACK COHEN, :
                 :
           Petitioner :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 23rd day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.